# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM DANIEL HAWKINS, JR.** | ) |
| | ) |
| **v.** | ) CV. NO. 08-HS-8036-S |
| | ) CR. NO. 07-HS-200-S |
| **UNITED STATES OF AMERICA** | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed his findings and recommendation on July 30, 2009, recommending that the § 2255 motion be denied. The magistrate judge further recommended that Mr. Hawkins' motions for hearings of show cause be denied as moot. On August 20, 2009 Mr. Hawkins' motion for extension of time in which to file objections was granted and he was allowed an additional twenty days in which to filed objections. No objections have been filed to the magistrate judge's findings and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the 2255 motion is due to be **DENIED**. Hawkins' motions for hearings of show cause are due to be **DENIED** as **MOOT**. A Final Judgment will be entered.

As to the foregoing it is **SO ORDERED** this the 24th day of September, 2009.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge